UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

WENDY HARRISON, as parent and natural
guardian of ELIZA COREY, a minor under
the age of eighteen years,

                              Plaintiffs,

v.

BOARD OF EDUCATION OF THE
HONEOYE FALLS-LIMA CENTRAL
SCHOOL DISTRICT, GENE MANCUSO,
in his official and individual capacity, and
JAMES KANE, in his official and
individual capacity,

                              Defendants.

**REPLY AFFIDAVIT OF CHARLES C. SPAGNOLI, ESQ. IN SUPPORT OF MOTION TO DISMISS**

Civil Action No. 6:22-cv-6086

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF ONONDAGA )

        CHARLES C. SPAGNOLI, being duly sworn, deposes and says:

        1.     I am an attorney duly licensed to practice law in the State of New York and counsel with Ferrarra Fiorenza P.C., attorneys for Defendants Board of Education of the Honeoye Falls-Lima Central School District ("Board") and Gene Mancuso in this action. I make this reply affidavit of my own personal knowledge and/or upon review of the submissions in an appeal to the Commissioner of Education in which my firm represented the same parties.

        2.     During the appeal to the Commissioner of Education referenced and relied upon in Plaintiffs' Complaint, they did not raise the issue of an alleged false statement by Defendant Mancuso to the Board during an "Appeals Process Meeting" or otherwise contend that evidence

outside the record of a hearing was considered by the Board in denying the appeal Plaintiffs brought before it.

3. Instead, to the contrary, Plaintiffs expressly argued Defendant Mancuso *should have* considered evidence outside the hearing record, and his failure to do so was a violation of Plaintiff Corey's due process rights.

4. A copy of the Petition submitted by Plaintiffs to the Commissioner of Education is presented herewith as Exhibit E (continuing exhibit designations sequentially from the orignal motion submissions of Defendants Board and Mancuso). A copy of the memorandum of law submitted by Plaintiffs to the Commissioner is presented herewith as Exhibit F.

_____
CHARLES C. SPAGNOLI

Sworn to before me this 14th day of June, 2022.

_____
Notary public

**ERIK BERNSTEIN**
**Notary Public, State of New York**
**No. 01BE6377661**
**Qualified in Onondaga County**
**Commission Expires July 09, 2022**